DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RESTORATION 1 OF THE TREASURE COAST, INC.** a/a/o **PATRICIA MORELLI,**
Appellant,

v.

**STATE FARM FIRE AND CASUALTY COMPANY** and **STATE FARM FLORIDA INSURANCE COMPANY,**
Appellees.

No. 4D21-3059

[January 4, 2023]

Appeal from the County Court for the Nineteenth Judicial Circuit, St. Lucie County; Edmond W. Alonzo, III, Judge; L.T. Case No. 2015CC001539C4.

Peter Mineo, Jr., of The Mineo Salcedo Law Firm, PA, Davie, for appellant.

Elizabeth K. Russo and Paulo R. Lima of Russo Appellate Firm, P.A., Miami, for appellees.

PER CURIAM.

We affirm the trial court's order granting fees pursuant to section 57.105, Florida Statutes (2015). We conclude that the appellant did not object to or try to cure any insufficiency in the motion itself, and the court did not abuse its discretion in determining both that the requirements of section 57.105 were met and the amount of attorney's fees.

*Affirmed.*

KLINGENSMITH, C.J., and GERBER, J., concur.
WARNER, J., dissents with opinion.

WARNER, J., dissenting.

I would find that the motion was insufficient pursuant to section 57.105.

*　　　*　　　*

*Not final until disposition of timely filed motion for rehearing.*